**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MOISES ABRAHAM CAMPOS DIAZ,<br>*Petitioner* | §<br>§<br>§ | |
| v. | §<br>§ | Case No.  SA-26-CA-02570-XR |
| WARDEN,    KARNES    COUNTY<br>IMMIGRATION PROCESSING CENTER,<br>U.S. IMMIGRATION  AND  CUSTOMS<br>ENFORCEMENT,<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§ | |

**FINAL JUDGMENT**

This  action  was  considered  by  the  Honorable  Xavier  Rodriguez,  and  the  following

Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

The Petition for Writ of Habeas Corpus is **GRANTED** for the reasons set forth in the

Court's Order dated June 3, 2026. Petitioner shall be released from detention in accordance with

that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** June 3, 2026.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE